IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:19CR54 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES G. CARR |
| | ) | |
| v. | ) | |
| | ) | |
| JORDAN COFFMAN, | ) | **GOVERNMENT'S MEMORANDUM IN** |
| | ) | **OPPOSITION TO DEFENDANT'S** |
| Defendant. | ) | **MOTION FOR SELF-SURRENDER** |
| | ) | **EXTENSION** |

This matter is before the Court on Defendant's August 13, 2020 motion for self-surrender extension COVID-19 (doc. 40, PageID 213), in which he seeks, for a second time, to delay his report date to begin serving his prison term for Possession of Child Pornography. Defendant was sentenced on March 4, 2020 to 30 months in prison and ordered to self-report at FCI Elkton on June 11, 2020. (Judgment, Doc. 28, PageID 154).[1] However, on May 11, 2020 and during the Stay-at-Home Order by the Ohio Governor, Defendant filed a motion to extend that self-report date to September 11, 2020 due to COVID, which was granted. (Doc. 33). Defendant now seeks to extend his self-report date again, although not specifying a future date certain. Regardless, the government objects to a second extension. While Defendant cites COVID as the basis for his second requested extension, the Stay-at-Home Order in Ohio has been lifted, there is no Stay-at-Home order in any of the states between here and Texas, and Defendant, who is 24 years old, does not have any comorbidities that put him at risk of death or serious complications from the

---

[1] Defendant was out of custody from his February 14, 2019 arrest until his sentencing on March 4, 2020. (PSR, doc. 20, PageID 62).

virus. (Doc. 20, PageID 68). In fact, his only physical ailment, according to the Presentence Report, is acid-reflux. (*Id.*). Likewise, he does not claim that he is presently ill. More importantly, Pretrial Services alerted the Court and counsel on August 21, 2020 that Defendant is now refusing to take his prescribed psychotropic medication and comply with mental health treatment; and he canceled a scheduled appointment for August 18, 2020.

## CONCLUSION

For all of those reasons, the Court should deny the instant Motion for Self-Surrender Extension.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By: /s/ *Tracey Ballard Tangeman*
Tracey Ballard Tangeman (OH: 0069495)
Assistant United States Attorney
Four Seagate, Suite 308
Toledo, OH 43604
(419) 241-0726
(419) 259-6360 (facsimile)
Tracey.Tangeman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2020, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties, including a pro se defendant, will be served by regular U.S. Mail, which may or may not be able to go out on the date of filing.

/s/ *Tracey Ballard Tangeman*
Tracey Ballard Tangeman
Assistant U.S. Attorney